299 F.2d 576
 MACAN ESTATES, INC., Plaintiff-Appellant,
v.
UNITED STATES of America, Defendant-Appellee.
 No. 227.
 Docket 27122.
 United States Court of Appeals Second Circuit.
 Argued February 15, 1962.
 Decided February 22, 1962.
 
 Appellant seeks reversal of a judgment entered in the United States District Court for the Southern District of New York, Murphy, J., denying appellant's motion for judgment on the pleadings and granting appellee's cross-motion therefor.
 Joseph Greenberg, New York City (Murray L. Gilman, Isidore A. Seltzer, New York City, of counsel), for plaintiff-appellant.
 Robert M. Morgenthau, U. S. Atty., S.D.N.Y., New York City (Morton L. Ginsberg, Robert Arum, Asst. U. S. Attys., New York City, of counsel), for defendant-appellee.
 Before WATERMAN, SMITH and HAYS, Circuit Judges.
 PER CURIAM.
 
 
 1
 We affirm the judgment below on the opinion of the district judge, reported at 195 F.Supp. 887.